UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL WILLIAMS,

Defendant.

**ORDER**

21 Cr. 120 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of the Defendant will take place on **Friday, January 28, 2022 at 4:00 p.m.** Any submissions on behalf of the Defendant are due, on January 7, 2022 and any submission by the Government is due on January 14, 2022.

Dated: New York, New York
October 8, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge