UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
:
UNITED STATES OF AMERICA          :
:              [STRICKEN] ORDER
- v. -              :
:              S1 21 Cr. 120 (PGG)
:
MICHAEL WILLIAMS,                 :
:
Defendant.           :
---------------------------------- x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 7, 2021;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         Nov. 19    , 2021

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK