UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

MICHAEL WILLIAMS,

               Defendant.

**ORDER**

21 Cr. 120 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for March 13, 2024, at 10:00 a.m. is

adjourned to the same day, **at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
       March 11, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge