# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2024

*By e-mail*

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square Room 2104
New York, NY 10007

***Re: United States v. Michael Williams 21 Cr. 120 (PGG)***

Dear Judge Gardephe's Chambers,

I write regarding Michael Williams's surrender date, which is today at 2pm.

Last week, I endeavored to determine if Mr. Williams had been designated to a BOP facility but understood that Probation and AUSA Qian had not received the information. Just a few minutes ago I went to the US Marshals on the 4th floor and learned that they never received the right J&C from Probation regarding Mr. Williams's VOSR sentence. They asked that Probation transmit the new J&C today so that they could process the designation ASAP.

In light of this, I respectfully request a three-week extension of the surrender date so that Mr. Williams does not have to turn himself in today and go to MDC, a jail that Judge Gardepehe recommended against in the J&C. There is no objection from the government.

MEMO ENDORSED
The Application is granted. Defendant's surrender date is extended to May 6, 2024.
SO ORDERED:
/s/ Paul Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: April 15, 2024

Respectfully submitted,

/s/
Andrew Dalack
Assistant Federal Defender
Andrew_Dalack@fd.org
(212) 417-8768

Cc:   AUSA Ni Qian